IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JAMES H. SHORTZ,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       3:14cv612-MHT
                              )           (WO)
CITY OF PHENIX CITY,          )
ALABAMA, et al.,              )
                              )
    Defendants.               )
```

## JUDGMENT

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff James H. Shortz's objections (Doc. Nos. 28 and 29) are overruled.

(2) The magistrate judge's recommendation (Doc. No. 25) is adopted.

(3) Defendants' motion to dismiss (Doc. No. 10) is granted as to defendant F. Patrick Loftin and defendant Loftin is dismissed and terminated as a party.

(4) Said motion to dismiss (Doc. No. 10) is denied without prejudice as to all other defendants and with leave to them to refile said motion after plaintiff Shortz files an amended complaint.

This case is not closed.

DONE, this the 29th day of August, 2014.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE