IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JAMES H. SHORTZ, )<br>  )<br>    Plaintiff, )<br>  )<br>   v. )<br>  )<br>CITY OF PHENIX CITY, )<br>ALABAMA, et al., )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:14cv612-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff James H. Shortz filed this lawsuit asserting a number of unclear claims against defendants City of Phenix City, Alabama, Joe Edwards, Jessica Carter, John Gwin, and S. Frederick. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that these defendants' motion to dismiss should be granted. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2015.

　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE