IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JAMES H. SHORTZ,              )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )     3:14cv612-MHT
                              )         (WO)
CITY OF PHENIX CITY,          )
ALABAMA, et al.,              )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of that the United States Magistrate Judge's recommendations (doc. no. 46) is adopted as follows:

(1) Defendants City of Phenix City, Alabama, Joe Edwards, Jessica Carter, John Gwin, and S. Frederick's motion to dismiss (doc. no. 38) is granted.

(2) Defendants City of Phenix City, Alabama, Edwards, Carter, Gwin, and Frederick are dismissed and terminated as parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 16th day of March, 2015.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE