IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JAMES H. SHORTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:14cv612-MHT |
| | ) | (WO) |
| RAY SMITH AND MICHELE KILDAY, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of that the United States Magistrate Judge's recommendation (doc. no. 46) is adopted as follows:

(1) The motion for a preliminary injunction and the motion for a hearing (doc. no. 41) are denied.

(2) This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 16th day of March, 2015.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE